

# Fourth Court of Appeals
## San Antonio, Texas

February 24, 2014

No. 04-13-00142-CV

Joe A. **ZUNIGA,**
Appellant

v.

**THE CITY OF SAN ANTONIO**, Acting by and through its Agent City Public Service Board
d/b/a CPS Energy,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-14216
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

Sitting:      Catherine Stone, Chief Justice
Karen Angelini, Justice
Sandee Bryan Marion, Justice
Marialyn Barnard, Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice

The court has considered the appellant's motion for rehearing en banc, and the motion is DENIED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of February, 2014.

_____
Keith E. Hottle
Clerk of Court